DATE  1/22/18
LOCATION  Plano
JUDGE  Kimberly C. Priest Johnson
DEPUTY CLERK  Toya McEwen
COURT REPORTER  Digital Recording
USPO:  T. Routh & F. Formar
Interpreter:  Luis Garcia
BEGIN:  12:33pm

CASE NUMBER  4:16-CR-119 ALM/KPJ
USA  Jay Combs & Chris Eason  Assigned
V  Jay Combs  Appeared

LUIS ANGEL NATES-FERNANDEZ (9)
Defendant
Victor Amador, Ret
Attorney

- [x] INITIAL APPEARANCE
- [ ] ATTORNEY APPOINTMENT HEARING
- [x] ARRAIGNMENT
- [x] DETENTION HEARING

- [x] Hearing Held   [ ] Hearing Called   [x] Defendant Sworn   [x] Interpreter Required
- [x] Dft appears: [x] with counsel   [ ] without counsel   [ ] pro se   [ ] Counsel appears on behalf of defendant
- Appears on: [x] Indictment
- [x] Defendant is the person as named in the Indictment.
- [ ] Defendant is NOT the person as named in the Indictment, _____ name given.
- [ ] Defendant advised of Constitutional rights.   [ ] Defendant acknowledged understanding Constitutional rights.

- [x] Date of arrest: Extradicted (arrived in ED/TX 1/19/18)   (Other district court & case #) _____
- [x] Dft [x] found competent by the Court to proceed with hearing   [ ] Defendant advised of Constitutional rights
    - [ ] waived reading of indictment   [ ] advised of charges   [ ] advised of maximum penalties
    - [ ] advised of right to counsel   [x] received copy of indictment

- [ ] Dft first appearance with counsel  [ ] CJA appointed  [ ] Retained  [ ] Federal Public Defender appointed
- Attorney: _____
- [ ] Dft advises the Court that he/she [ ] has counsel who is _____ or, [ ] will hire counsel.
- [ ] If dft cannot retain counsel, the court is to be advised within _____ days so counsel may be appointed.
- [ ] Dft Requests appointed counsel, is sworn & examined re: financial status.
- [ ] Financial affidavit executed by dft. The court finds the defendant [ ] able [ ] unable to employ counsel.
- [ ] _____ appointed  [ ] U.S. Pub Defender _____ appointed

- [x] USA ORAL motion for detention  [x] USA ORAL motion for continuance   [ ] Oral Order granting  [ ] Oral Order denying
- [ ] Defendant ORAL motion to continue detention hearing   [ ] Oral Order granting  [ ] Oral Order denying
- [ ] Detention Hrg set _____   [ ] Temp Detention Order Pending Hearing
- [ ] Arraignment set _____
- [ ] Order setting conditions of release   [ ] PR Bond executed
- [x] Dft signed Waiver of Detention Hearing.
- [ ] Dfts _____ remanded to custody of U.S. Marshal.
- [ ] Dft motion _____
- [ ] Gvt motion _____
- [ ] Defendant failed to appear  [ ] oral order for arrest warrant;  [ ] bond forfeited

CRIM 92-116        [ ] See reverse/attached for additional proceedings        _____ Adjourn

# ARRAIGNMENT

[✓] Arraignment held.   ☐ Arraignment called.   ☐ Arraignment reset: _____

[✓] Dft  [✓] with counsel  ☐ without counsel  ☐ pro se  ☐ Counsel appears on behalf of defendant

[✓] Dft  [✓] received copy of charges    ☐ discussed charges with counsel   ☐ charges read
         [✓] waived reading of charges   ☐ advised of maximum penalties

Dft enters a plea of: [✓] not guilty  ☐ guilty  ☐ nolo
to counts: [✓] 1  [✓] 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12
☐ all counts; other counts _____

[✓] Pretrial Discovery and Inspection Order to be entered. Case set for final pretrial conference / jury selection and trial setting on :
**Friday, March 9, 2018, at 10:00 am, United States Courthouse before Judge Amos Mazzant, in Sherman, Texas**

☐ Government motion _____.

☐ Defendant motion _____.

[✓] Defendant remanded to custody USM      ☐ Defendant RELEASED on conditions of release after out-processing by USMO

[✓] Recess  12:41 pm