ORIGINAL



FILED
MAR 2 7 2018
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | No. 4:16CR119 |
| LUIS ANGEL NATES-FERNANDEZ (9) | § | Judge Mazzant |
| a.k.a. "Said" | § | |

## FACTUAL BASIS

The defendant, **Luis Angel Nates-Fernandez**, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1. That the defendant, **Luis Angel Nates-Fernandez**, who is changing his plea to guilty, is the same person charged in the Indictment.

2. That **Luis Angel Nates-Fernandez** and one or more persons in some way or manner made an agreement to commit the crime charged in the Indictment, to manufacture and distribute 5 kilograms or more of a mixture or substance containing a detectable amount cocaine intending, knowing, and with reasonable cause to believe that the cocaine will be unlawfully imported into the United States.

3. That **Luis Angel Nates-Fernandez** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

4. That **Luis Angel Nates-Fernandez** knew that the amount involved during the term of the conspiracy involved 150 kilograms of a mixture or substance containing a detectable amount of cocaine. This amount was involved in the conspiracy after the

defendant entered the conspiracy, was reasonably foreseeable to the defendant and was part of jointly undertaken activity.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

5. I have read this Factual Basis and the Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 3-7-2018

_____
LUIS ANGEL NATES-FERNANDEZ
Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

6. I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated: 3-7-2018

_____
VICTOR AMADOR
Attorney for the Defendant

Factual Basis
Page 2